No. 85–6753. COMPTON v. NEW MEXICO. Sup. Ct. N. M.;

No. 85–7122. KENNEDY v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla.;

No. 86–5021. BOWERS v. MARYLAND. Ct. App. Md.; and

No. 86–5327. GILREATH v. KEMP, WARDEN. Sup. Ct. Ga. Certiorari denied. Reported below: No. 85–6753, 104 N. M. 683,

726 P. 2d 837; No. 85–7122, 483 So. 2d 424; No. 86–5021, 306 Md. 120, 507 A. 2d 1072.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.